UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MARCUS FOSTER**
**REBECCA FOSTER** **PLAINTIFF**

**V.** **CIVIL ACTION NO. 1:19-CV-201-DMB-DAS**

**RELIANCE FIRST CAPITAL, LLC, et al.** **DEFENDANT(S)**

## **ORDER**

The plaintiffs' motion for discovery and Brady request are denied. Brady requests are not appropriate in a civil action, but are solely a criminal discovery procedures. The request for other discovery is premature. Discovery will proceed when as set forth by the court's initial order setting the Case Management order. Because all parties have not yet been served and/or entered an appearance in this action, it is premature to enter such an order.

**SO ORDERED** this the 3rd day of August, 2020.


/s/ David A. Sanders
**U.S. MAGISTRATE JUDGE**