September 14, 2020

To:    United States District Court
       Office of the Clerk
       203 Gilmore Drive
       Amory, Mississippi 38821

From:  Marcus-Rommel:Foster
        2004 Hummingbird Lane
        Tupelo, Mississippi [38801]

        *Interim mailing address*
        c/o P.O. Box 92122
        Henderson, Nevada near [89009]

Ref: *Case Number 1:19-CV-201-DMB-DAS*

To The Honorable Judge Debra M. Brown,

I am in receipt of your order regarding the above case number filed September 3, 2020. Within the order, you stated that I had fourteen (14) days from the date of the order to amend the complaint. Since I only received this today at the current interim address, three (3) days will not be of sufficient time for me to assemble and motion of amended complaint. I request an extension in order to get the necessary information I need in order to construct a comprehensive amendment. When responding, please send all correspondences to the above listed interim address.

Thank you for your consideration in this matter.

Cordially yours,

*/s/ Marcus Rommel Foster*
Marcus Rommel Foster