IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MARCUS FOSTER**     **PLAINTIFFS**
**REBECCA FOSTER**

**V.**     **NO. 1:19-CV-201-DMB-DAS**

**RELIANCE FIRST CAPITAL,**
**LLC, et al.**     **DEFENDANTS**

## ORDER

After dismissing without prejudice the claims against all defendants in this case, the Court allowed Marcus Foster and Rebecca Foster fourteen days to file a motion to amend their complaint. Doc. #33 at 10. The Court denied Marcus' untimely request for an extension to seek amendment due to his failure to show excusable neglect but granted him fourteen days to renew his extension request. Doc. #38 at 2. Marcus did not file a motion for an extension within the time allowed and has not otherwise requested any other relief from this Court. Accordingly, a judgment dismissing without prejudice all claims in this case will be issued.

**SO ORDERED**, this 23rd day of October, 2020.

                                                   **/s/Debra M. Brown**
                                                   **UNITED STATES DISTRICT JUDGE**