IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**MARCUS FOSTER**     **PLAINTIFFS**
**REBECCA FOSTER**

**V.**     **NO. 1:19-CV-201-DMB-DAS**

**RELIANCE FIRST CAPITAL,**
**LLC, et al.**     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the order entered September 3, 2020, and the order entered this day, all claims in this case are dismissed without prejudice.

**SO ORDERED**, this 23rd day of October, 2020.

                                                 **/s/Debra M. Brown**
                                                 **UNITED STATES DISTRICT JUDGE**